COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: SAUL ANTHONY JACKSON (J)      CASE NO: 00-4019-SNOW
AUSA: DEBRA STUART _prls_            ATTY: Bart Hunt
AGENT: _____                 VIOL: _____
PROCEEDING I/A ON COMPLAINT          RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no           COUNSEL APPOINTED FPD
       BOND SET @ 100,000 CSB w/Nebbia
       SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS      x's a wk/month by phone;     x's a wk/month in person
3) Travel extended to:

Deft advised of charges - sworn for
apptmt of counsel

gov't reserves right to PTD of deft

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN: 2-11  //  LSS
                         REMOVAL HRG:
                         STATUS CONF:

Date: 2/1/00    Time 11:00    FTL/LSS TAPE #00- 004/005   Begin: 3244   End:
                                                  re-call 1320/1399

*[FILED FEB -1 2000 CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]*