UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.
FEB - 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # _____

UNITED STATES OF AMERICA )
  Plaintiff ) Case Number: CR 00-7079-Snow
 ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
 )
SAUL JACKSON ) 55176-004
  Defendant

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court            (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1-31-2000 am-pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: FRAUD

(4) U.S. Citizen [ ] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 11-30-67

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____   (9) Arresting Officer: _____

(10) Agency: INS   (11) Phone: _____

(12) Comments: _____

