UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6037-CR-ZLOCH
18 USC 1546(a) & 2

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA )
)
vs. )
)
SAUL JACKSON, )
)
         Defendant. )
_____

### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about January 31, 2000, in Broward County, in the Southern District of Florida, the defendant,

**SAUL JACKSON,**

not acting under the direction of the Attorney General or Commissioner of the Immigration and Naturalization Service of the United States or other proper official, did knowingly have in his control and possession an entry stamp device and plate in the likeness of a plate designed for the printing of Immigration and Naturalization Service permits to stay



in the United States; in violation of Title 18, United States Code, §§1546(a) and 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DEBRA J. STUART
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.

SAUL JACKSON                                     **CERTIFICATE OF TRIAL ATTORNEY***
_____                   **Superseding Case Information:**

**Court Division:** (Select One)           New Defendant(s)      Yes ___ No ___
                                            Number of New Defendants ___
___ Miami      ___ Key West              Total number of counts ___
 X  FTL        ___ WPB      ___ FTP

   I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No)  NO
   List language and/or dialect  _____

4. This case will take   1   day for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                      (Check only one)

   I    0 to 5 days        X        Petty        ___
   II   6 to 10 days       ___      Minor        ___
   III  11 to 20 days      ___      Misdem.      ___
   IV   21 to 60 days      ___      Felony        X
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)  NO
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No)  YES
If yes:
Magistrate Case No.   00-4019-LSS
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of   1/31/00
Defendant(s) in state custody as of  _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No)  NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes  X No    If yes, was it pending in the Central Region? __ Yes __ No

                            _____
                            DEBRA J. STUART
                            ASSISTANT UNITED STATES ATTORNEY
                            COURT NO. A550061

*Penalty Sheet(s) attached                              REV. 4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# <u>PENALTY SHEET</u>

Defendant's Name: <u>SAUL JACKSON</u>     No.:_____

Count #l:    Possession of an unauthorized INS entry stamp device; in violation of 18:1546(a)

*Max Penalty:    10 years' imprisonment and a $250,000.00 fine

Count #2: _____

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**