UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6037-CR-ZLOCH

UNITED STATES OF AMERICA

vs

SAUL ANTHONY JACKSON

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 11, 2000 where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:      Name: ___FEDERAL PUBLIC DEFENDER_____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:   $_____

Bond hearing held: yes_____   no____  Bond hearing set for_____

Dated this __11TH__ day of __FEBRUARY_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
   Deputy Clerk

Tape No. ___00- 010_____

cc: Copy for Judge
    U. S. Attorney

