COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA


DEFT: SAUL ANTHONY JACKSON (J)        CASE NO: 00-6037-CR-ZLOCH
AUSA: DEBRA STUART /Thompson    ATTY: FPD Lopez for Hunt
AGENT: _____        VIOL: _____
PROCEEDING ARRAIGNMENT                RECOMMENDED BOND _____
BOND HEARING HELD - yes/no            COUNSEL APPOINTED _____
    BOND SET @ _____
    SPECIAL CONDITIONS:

1) To be cosigned by: _____
2) Rpt to PTS      x's a wk/month by phone;      x's a wk/month in person
3) Travel extended to: _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          PTD/BOND HRG:
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:             ✓
                          STATUS CONF:   2/25   11   BSS

Date: 2-11-00    Time: 11:00    FTL/LSS TAPE #00- 010    Begin: 447    End: 508

11