DJS:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )   CASE NO. 00-6037-Cr-ZLOCH
                         )   Magistrate Judge
v.                       )
                         )
SAUL JACKSON             )
                         )
    Defendants           )
_____)

**GOVERNMENT'S RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.  1.  The government is unaware of any written or recorded statements made by the defendant, except those attached to this response and incorporated herein by response.

    2.  The following is the substance of an oral statement made by the defendant before or after arrest by a person then known to the defendant to be a government agent, which the government intends to use at trial.

        Defendant indicated that he was going to use the entry stamp device for an advertisement for his "furniture business."

    3.  The defendant did not testify before the Grand Jury.

    4.  The NCIC record of the defendant, if any exists, will be made available upon receipt by this office.

5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Fl 33394. Please call the undersigned to set up a date and time that is convenient to both parties. The undersigned will tentatively set the date for Friday, March 3, 2000 at 11:00 a.m.. Please call the undersigned with 48 hours notice if you intend to review the evidence at this date and time.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, or ___ that the government may intend to introduce at trial.

6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case, except as attached to this response.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.  The government is not aware of any photo, line-up, show up or similar identification procedure.

G.  The government has advised its agents and officers involved in this case to preserve all rough notes.

H.  The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

In addition, the government may introduce under Rule 404(b) evidence underlying the defendant's past criminal activity that has resulted in arrests and/or convictions and which is summarized in the attached court documents or others which may be provided at a later date.

I.  N/A

J.  The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.  No contraband is involved in this indictment, except the seized stamp device which may be viewed at a mutually convenient time at the U.S. Attorney's Office, Ft. Lauderdale, Florida.

L.  The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.  The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.  N/A

O.  N/A

P.  N/A

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

  Time: At approximately 4:45 p.m.
  Date: January 31, 1999
  Place: In and near Andrews Avenue/Progresso Dr., Ft. Lauderdale, Florida

The attachments to this response are numbered pages 1 - 12. Please contact the undersigned Assistant United States Attorney if any pages are missing.

            Respectfully submitted,

            THOMAS E. SCOTT
            UNITED STATES ATTORNEY

By: _____
   DEBRA J. STUART
   Assistant United States Attorney
   Court No. 5500061
   500 E. Broward Blvd., 7th Flr
   Ft. Lauderdale, Fl 33394
   Tel: (954) 356-7255
   Fax: (954) 356-7336

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered 23rd day of February, 2000 to: Patrick Hunt, AFPD, 101 N.E. 3rd Avenue, Ft. Lauderdale, Fl 33301.

            _____
            DEBRA J. STUART
            Assistant United States Attorney



# CUSTOM STAMP ORDER FORM

**Office DEPOT**   10564

| ORDER DATE | EDA | SKU # | PAGE | CONTROL NUMBER |
|---|---|---|---|---|
|  |  |  | _ OF _ | 4870286 |

**CUSTOMER**
- COMPANY NAME
- NAME
- STREET ADDRESS
- CITY, STATE, ZIP
- PHONE NO.
- EMAIL ADDRESS

**STORE**
OFFICE DEPOT #220        10800220
1590 NORTH FEDERAL HWY
FORT LAUDERDALE    FL  33304
954-563-0646

1. ITEM / MODEL #
2. QUANTITY: 01
3. NUMBER OF LINES
   - ○ Centered
   - ○ Flush Left
4. STYLE #

5. INK COLOR
   - ☒ Black  ○ Red  ○ Blue  ○ Green  ○ Violet  ○ Blue / Red (Daters Only)
   * If no color is selected, black ink will be given

6. If the text will not fit, do you want us to reduce the letter size to fit selected size or go to the next larger stamp at an extra cost?
   - ○ Reduce Text Size   ○ Larger Stamp

**IMPORTANT:**
- For logos or graphic art-work, mail in camera-ready image with at least 300 dpi resolution.
- Signatures must be signed with black felt-tip pen on white, unlined paper and must be mailed in.

Is this a REDO?  ○ YES
Fax this original PO with YES shaded, and give REASON in Special Instructions Area

7. **TEXT/COPY AREA**
* If ordering dater(s) or number(s), indicate where text should be placed in relation to dates or numbers

Logo? ○ YES    Border Around Text? ○ YES    Internal Use Only: TYPESET ○

```
R E N O V A C I O N   N°  - - - - - - - - - -
C O N S U L A D O   D E   V E N E Z U E L A
R E N O V A D O   H A S T A   E L  - - - - -
- - - - - - - - - - - - - - - - - - - - - -
                              E L   C O N S U L
                          J O R G E   P E R E Z
```

*Reg Mont* (signature)

For additional lines of text, use a 2nd page and state "See Page 2" in Special Instructions. Write this form's Control Number and Store ID at the top of Page 2.

8. **STAMP ACCESSORY**

ITEM #          ACCESSORY QUANTITY

| RETAIL PRICE | $ |
|---|---|
|  | $ |
|  | $ |
| TOTAL | $ |

○ SPECIAL INSTRUCTIONS    ○ MATCH EXAMPLE?
* If this is not selected, item # & style # shown above will be used

*Once orders are received, they are not subject to change or cancellation.*

RENOVACION No
CONSULADO DE VENEZUELA
RENOVADO HASTA EL _____

EL CONSUL
JORGE PEREZ

ORDERED BY   DATE   RECEIVED   RECEIVED BY   DATE & HOW NOTIFIED

CUSTOMER VERIFICATION    PLEASE SIGN UPON RECEIPT OF ORDER
CUSTOMER SIGNATURE

*See attached for size*

**BRADLEY SPECIALTIES, INC.**
831 N.E. 2nd Avenue
Ft. Lauderdale, FL 33304

Item # 97065 08/99

**PRODUCTION COPY**

0002

## SPECIALTIES INC.

1 N.E. 2nd AVENUE
UDERDALE, FL 33304
ONE (954) 763-4859

INVOICE NO.

DATE

YOUR P.O. NO.

SHIP TO:
PAUL JACKSON
532-0065
ENGLEWOOD, NJ  07631

REFERENCE #        SHIP VIA COUNTER PICK-UP

| DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|
| MERCHANDISE NO RETURNS /COPY | 26.83 | 26 |
| MERCHANDISE NO RETURNS | 1.63 | 1 |
|  | SUB TOTAL | 28.46* |

NET 30

SALES TAX  1.71
TOTAL DUE  30.17*

PLEASE PROOFREAD ALL STAMP
IMMEDIATELY. ANY CLAIMS FOR

FEB 09 2000

WILL NOT BE HONORED
AFTER THE ABOVE DATE.



# MARKING DEVICE ORDER FORM

**BRADLEY SPECIALTIES, INC.**
e-mail  brdlyspec@aol.com
831 N.E. 2nd Ave., Ft. Lauderdale, FL 33304
954-763-4859  TOLL FREE 800 824-2514
FAX  (954) 763-1348 OR 800-851-9416

**CUSTOMER PICK-UP**

Date _____  Purchase Order # _____
Customer  Sam Jackson   Dept. # _____
Ship To  712 SW 2nd Ct
         Ft Laud  33312
Phone  523-8865   Attn:  Sam

Customer Acct. # _____

QUANTITY

☐ Center  ☐ Flush Left
☐ Flush Right  ☐ Justify
NOTE: Copy will be CENTERED unless specified otherwise.

**BORDER**
☐ Rectangle  ☐ Circle  ☐ Oval

☐ **STAMP PAD**
Color  RED

**trodat printy**
☐ Printy 4910
☐ Printy 4911
☐ Printy 4912
☐ Printy 4913
☐ Printy 4915
☐ Other Size _____
Ink Color _____

**IDEAL 2**
☐ Ideal 50
☐ Ideal 100
☐ Ideal 200
☐ Ideal 300
Ink Color _____

☐ StampEver Pre-Inked Stamp
Mount Size _____
Color Ink _____

☐ Handle Stamp
Maximum Dimensions
_____ Long  _____ High
TYPE WILL BE SIZED TO FIT THIS AREA UNLESS INDICATED BELOW

**DIE PLATE DATERS:**
USED WITH A STAMP PAD, WITH YOUR COPY AND THE DATE.
IF A SPECIFIC BRAND OR MODEL IS KNOWN PLEASE LET US KNOW, OTHERWISE WE WILL USE THE BEST ONE FOR YOUR NEEDS.
☐ _____

**SELF-INKING DATERS:**
YOUR INFORMATION WITH A DATE AND THE EASE OF PAD FREE STAMPING.
IF A SPECIFIC BRAND OR MODEL IS KNOWN PLEASE LET US KNOW, OTHERWISE WE WILL USE THE BEST ONE FOR YOUR NEEDS.
☐ _____

**SEALS:**
☐ Corporate
☐ Notary
☐ Architect
☐ Engineer
☐ Custom

☐ HAND
☐ DESK

**ENGRAVED SIGNS:**
☐ Desk    ☐ Wood Block
☐ Wall    ☐ Hallway
☐ Panels  ☐ Name Badges
Please Note: Engraved Typestyles are limited

Plastic Color _____  Size of Plate _____

RICHARD SWEET

| Line | Type Style | Stamp • Seal • Engraved Signage Copy | | |
|---|---|---|---|---|
| 1 | | U.S. IMMIGRATION | | |
| 2 | | 060 MIA-IAP 1255 | | |
| 3 | | DATE | | |
| 4 | | ADMITTED | | |
| 5 | | UNTIL | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

PLEASE NOTE: ALL COPY WILL BE CENTERED ON ALL ORDERS UNLESS OTHERWISE SPECIFIED ABOVE.

SPECIAL INSTRUCTIONS OR SAMPLE:

Will this dater

0005

**SPECIALTIES INC.**
1 N.E. 2nd AVENUE
UDERDALE, FL. 33304
ONE (954) 763-4859

INVOICE NO.
22524
DATE
1-25-2000

YOUR P.O. NO.

I S O PRINTER

SAUL JACKSON

REFERENCE #           SHIP VIA

| DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|
| TAMPS | 21.50 | 21. |
| ER STAMP | 20.60 | 20. |
| PAD | 3.10 | 3. |
| PAD | 5.75 | 5. |
| SUB TOTAL | | 50.95 |
| SALES TAX | | 3.06 |
| TOTAL DUE | | 54.01 |

ID-MC/VISA

Pd
Pcr card
Visit FEB 2000
54.01



PLEASE PROOFREAD ALL STAM
IMMEDIATELY ANY CLAIMS TO
HONORE
DATE

0006

4054 8100 0053 8818
10/01 V
SAUL JACKSON

ADLEY SPECIALTIES INC
T LAUDERDALE FL

23 20 4464 992

PURCHASER SIGN HERE
X

5811557

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Note w/copy | | 26 85 |

DATE 1-31-00   AUTHORIZATION 030755
SUB TOTAL 26 85
TAX 1 61
SALES SLIP
TOTAL 28 46

# 001

BANK COPY

---

4054 8100 0053 8818
10/01 V
SAUL JACKSON

ADLEY SPECIALTIES INC
T LAUDERDALE FL

23 20 4464 992

PURCHASER SIGN HERE
X

5811557

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | Note w/copy | | 26 85 |

DATE 1-31-00   AUTHORIZATION 030755
SUB TOTAL 26 85
TAX 1 61
SALES SLIP
TOTAL 28 46

# 001   IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

CUSTOMER COPY



**46321**

BRADLEY SPECIALTIES, INC.
831 N.E. 2nd Avenue
Fort Lauderdale, FL 33304
(954)763-4859 Fax (954) 763-1348
1-800-624-2514 Fax 800-851-9416

Customer's Order No. _____    DATE 1-26 2000

SOLD TO  Saul Jackson

ADDRESS _____

SALESMAN 523-8865    TERMS _____

| CASH | CHARGE | C. O. D. | PAID OUT | RETD. MDSE. | RECD. ON ACCT. |
|------|--------|----------|----------|-------------|----------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | Dater w/ copy | | 26 85 |
| 1 | PAD | | ~~3 70~~ |
| | | | ~~2 95~~ |
| | | | ~~1 80~~ |
| | | | ~~31 75~~ |
| | U.S. IMMIGRATION 060 MIA-IAP 1255 | | 1 61 |
| | JAN 2 9 2000 | | 28 46 |
| | ~~ADMITTED~~ UNTIL ___ | | |
| | BRADLEY PAID JAN 3 1 2000 PAID | | |

ALL Claims and Returned Goods MUST Be Accompanied By This Bill

SIGNATURE _____

0008

U.S. IMMIGRATION
060 MIA-IAP 1255

JAN 29 2000

ADMITTED ___ ___
UNTIL

Inventory of vehicle

1/31/00
5PM

1  pr tennis shoes
2  camera film + wrap
   metal beading
   Xtra laundry detergent
   windshield washer solvent
   Minoltz flash meter (?)
   Rope
   Wax
   Engine fluids
   paintbrush
   umbrella
2  Atlas
   cloth
   owners manual
   scarf
3  polishing rags
   registration
   Febreze
2  moisture lotion
   sunblock
   various maps
   flashlight
   sinus caplets
   cooler
   various audio tapes
   sunglasses
   Off insect spray

SA Rick Bendel

SA Ron Crawfo[rd]

0010



```
RENOVACION No _____
CONSULADO DE VENEZUELA
REVOVADO HASTA EL _____
_____  _____
_____
                    EL CONSUL
                    JORGE PEREZ
```

0012