# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Saul Anthony Jackson (no deft needed)   CASE NO: 00-6037-CR-Zloch
AUSA: Deb Stuart /Yanegan/   ATTNY: FPD Smargon
AGENT:    VIOL:
PROCEEDING: Status Conference   BOND REC:

BOND HEARING HELD - yes/no   COUNSEL APPOINTED:

___ BOND SET @

FILED FEB 2 5 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
no pending motions
2-3 days to try
possible plea

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 2-25-00   TIME: 11:00am   TAPE # 00-017 PG # 3

5550-562

15