UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6037-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

SAUL ANTHONY JACKSON,

    Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on February 25, 2000. At that conference, the parties informed the Court as follows:

1.     The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that its case will not involve any tapes and will require two to three days to try; the Government is ready to proceed. Finally, the Government informed the Court that the matter may ultimately be resolved by way of a change of plea.

2.     Defense counsel concurred with the Government's assessment.

DATED at Fort Lauderdale, Florida this _____ day of February 2000.

                                    BARRY S. SELTZER
                                    United States Magistrate Judge

Copies to:

Honorable William J. Zloch
United States District Judge

Deb Stuart, Esquire
Assistant United States Attorney

Federal Public Defender
Attorney for Defendant