

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:    00-6037-CR-ZLOCH

UNITED STATES OF AMERICA

v.

SAUL JACKSON

---

TYPE OF CASE                CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE                                COURTROOM A
299 E. BROWARD BLVD.                 DATE & TIME:
FT. LAUDERDALE, Fl, 33301            March 9, 2000 at 10:30 AM

---

CHANGE OF PLEA  & SENTENCING - COUNSEL PLEASE ADVISE YOUR CLIENT
JUDGE ZLOCH WILL ASK FOR A CONFESSION

---

CLARENCE MADDOX
CLERK OF COURT


BY DEPUTY CLERK

DATE: March 3, 2000


cc:
Debra Stuart, Esq., AUSA
Patrick Hunt, Esq., AFPD
Probation