# UNITED STATES DISTRICT COURT

3-9-00
Ft Laud

| SOUTHERN | DISTRICT | FLORIDA |

UNITED STATES OF AMERICA
V.
SAUL JACKSON

Case No. 00-6037-CR-ZLOCH

Defendant's Waiver of Preparation of Presentence
Investigation and Report

I, __SAUL JACKSON__, hereby waive
(Name of Defendant)

my right to have the probation officers of the United States district courts conduct a presentence investigation for presentation to the sentencing court. This investigation and report which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form.

__3/9/00__  
(Date)

__(Signature of Defendant)__

__3/9/00__  
(Date)

__(Defendant's Attorney)__

Prob 13C (10/76)

18