UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
MAR 0 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6037-CR-Zloch   DATE 3-9-00
CLERK Caroline Newby   REPORTER Carl Schanzleh
PROBATION Kathryn Gomez   INTERPRETER

UNITED STATES OF AMERICA v. Saul Jackson

U. S. ATTORNEY Debra Stuart   DEFT COUNSEL Patrick Hunt

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea & Sentencing

RESULT OF HEARING Deft entered plea of guilty to Count 1 & Court accepted plea & adjudged deft guilty to Count 1 - Deft waived PSI - Court sentenced deft to time served -

JUDGMENT 2 yrs Sup. Rel - Spec Cnds - At completion be surrendered for deportation proceedings. If deported Not Re-enter w/prior express permission of A.G. - Non-departing if deported - $100 assessment - FPD

CASE CONTINUED TO _____ TIME _____ FOR
appointed for appeal -

MISC Written Plea Agreement -

20





```
RENOVACION No _____
CONSULADO DE VENEZUELA
REVOVADO HASTA EL _____

_____  _____

_____

                    EL CONSUL
                    JORGE PEREZ
```

TOM STAMP ORDER FORM   JAN 2 1 2000

| ORDER DATE | EDA | SKU # | PAGE | CONTROL NUMBER |
|---|---|---|---|---|
| 1-20 | ZUS by | 4475 | L of L | 4870293-70 |

STORE: OFFICE DEPOT #220    10800220
1590 NORTH FEDERAL HWY
FORT LAUDERDALE   FL  33304
954-563-0646

blvds@webtv.net

5. INK COLOR*:
○ Black  ✗ Red  ○ Blue  ○ Green  ○ Violet  ○ Blue / Red (Daters Only)
* If no color is selected, black ink will be given.

6. If the text will not fit, do you want us to reduce the letter size to fit selected size or go to the next larger stamp at an extra cost?
○ Reduce Text Size   ○ Larger Stamp

IMPORTANT:
- For logos or graphic art-work, mail in camera-ready image with at least 300 dpi resolution.
- Signatures must be signed with black felt-tip pen on white, unlined paper and must be mailed in.

Is this a REDO?  ○ YES
Fax this original PO with YES shaded, and give REASON in Special Instructions Area.

Logo? ○ YES   Border Around Text? ○ YES   Internal Use Only: TYPESET ○

BRADLEY SPECIALTIES, INC.
831 N.E. 2nd Avenue
Ft. Lauderdale, FL 33304

| R | E | P | U | B | L | I | C | A | | D | E |
| | | V | E | N | E | Z | U | E | L | A | |
| | | C | O | N | S | U | L | A | D | O | | E | N |
| P | A | R | I | S | | | | | | | |

and state "See Page 2" in Special Instructions. Write this form's Control Number and Store ID at the top of Page 2.

ACCESSORY                         RETAIL PRICE  $

0001

# CUSTOM STAMP ORDER FORM

**Office DEPOT**  10564

| ORDER DATE | EDA | SKU # | PAGE | CONTROL NUMBER |
|---|---|---|---|---|
|  |  |  | __ of __ | 4870286 |

**CUSTOMER**
- COMPANY NAME
- NAME
- STREET ADDRESS
- CITY, STATE, ZIP
- PHONE NO.
- EMAIL ADDRESS

**STORE**
OFFICE DEPOT #220       10800220
1590 NORTH FEDERAL HWY
FORT LAUDERDALE   FL  33304
954-563-0646

1. ITEM / MODEL #
2. QUANTITY: 01
3. NUMBER OF LINES
4. STYLE #    ○ Centered   ○ Flush Left
(If no style is chosen, style #110 will be used)

5. INK COLOR*:
✗ Black  ○ Red  ○ Blue  ○ Green  ○ Violet  ○ Blue/Red (Daters Only)
*If no color is selected, black ink will be given

6. If the text will not fit, do you want us to reduce the letter size to fit selected size or go to the next larger stamp at an extra cost?
○ Reduce Text Size   ○ Larger Stamp

**IMPORTANT:**
- For logos or graphic art-work, mail in camera-ready image with at least 300 dpi resolution.
- Signatures must be signed with black felt-tip pen on white, unlined paper and must be mailed in.

Is this a REDO?  ○ YES
Fax this original PO with YES shaded, and give REASON in Special Instructions Area.

7. **TEXT/COPY AREA**
*If ordering date(s) or number(s), indicate where text should be placed in relation to dates or numbers*

Logo? ○ YES    Border Around Text? ○ YES    Internal Use Only: TYPESET ○

```
RENOVACION N°_____
CONSULADO DE VENEZUELA
RENOVADO HASTA EL_____
_____
_____
           EL CONSUL
         JORGE PEREZ
```

8. **STAMP ACCESSORY**

ITEM #     ACCESSORY QUANTITY

| RETAIL PRICE | $ |
|---|---|
|  | $ |
|  | $ |
| TOTAL | $ |

○ SPECIAL INSTRUCTIONS    ○ MATCH EXAMPLE?*
*If this is not selected, item# & style# shown above will be used.

RENOVACION N.O
CONSULADO DE VENEZ
RENOVADO HASTA EL _____
_____
_____
EL CONSUL
JORGE PEREZ

Once orders are received, they are not subject to change or cancellation.

see attached for size

ORDERED BY  DATE  RECEIVED  RECEIVED BY  DATE & HOW NOTIFIED
CUSTOMER VERIFICATION    PLEASE SIGN UPON RECEIPT OF ORDER.
CUSTOMER SIGNATURE

BRADLEY SPECIALTIES, INC.
831 N.E. 2nd Avenue
Ft. Lauderdale  FL  33304

PRODUCTION COPY

GOVERNMENT EXHIBIT
3-9-00
1
00-6037-Cr-Zloch

U.S. IMMIGRATION
060 MIA-IAP 1255

JAN 29 2000

ADMITTED ___ ___
UNTIL

**46321**

BRADLEY SPECIALTIES, INC.
831 N.E. 2nd Avenue
Fort Lauderdale, FL 33304
(954)763-4859 Fax (954) 763-1348
1-800-624-2514 Fax 800-851-9416

Customer's Order No. _____   DATE  1-26 2000

SOLD TO  Saul Jackson

ADDRESS _____

SALESMAN  523-8865   TERMS _____

| CASH | CHARGE | C.O.D. | PAID OUT | RETD. MDSE. | RECD. ON ACCT. |
|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Dater w/ copy | | 26 85 |
| 1 | PAD | | ~~3 70~~ |
| | | | ~~29 95~~ |
| | | | ~~1 80~~ |
| | | | ~~31 75~~ |
| | U.S. IMMIGRATION 060 MIA-IAP 1255 | | 1 61 |
| | JAN 29 2000 | | 28 46 |
| | ~~ADMITTED~~ UNTIL ___ | | |
| | PAID BRADLEY JAN 31 2000 PAID | | |

ALL Claims and Returned Goods MUST Be Accompanied By This Bill

SIGNATURE _____