AO 245B (Rev 8/96) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN —————— District of —————— FLORIDA

FILED by _____ D.C.

MAR 10 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA

v.

SAUL JACKSON

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 00-6037-CR-ZLOCH

PATRICK HUNT, ESQ., AFPD
Defendant's Attorney

THE DEFENDANT:

[XX] pleaded guilty to count(s) __1__

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1546(a) & 2 | possession of an unauthorized INS entry stamp device | 1/00 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. _____
Defendant's Date of Birth __11/30/67__
Defendant's USM No. __55176-004__
Defendant's Residence Address: _____

Defendant's Mailing Address: _____

3/9/00
Date of Imposition of Judgment

_/s/ William J. Zloch_
Signature of Judicial Officer

WILLIAM J. ZLOCH, U. S. DISTRICT JUDGE
Name and Title of Judicial Officer

3/10/00
Date

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

22

AO 245B (Rev. 8/96) Judgment in a Criminal Case
Sheet 6 – Reverse – Statement of Reasons

Judgment – Page ____ of ____

DEFENDANT:
CASE NUMBER: 00-6037-Cr-WJZ

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATIONS EXCEPTIONS

FILED '00 MAY 14 PA?

No further action required by the U.S. Marshals Service.

James A Tassone
UNITED STATES MARSHAL

Fred D. ??? SDUSM

22